UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| APPLIED ENERGETICS, INC., a Delaware Corporation<br><br>Plaintiff,<br><br>-against-<br><br>STEIN RISO MANTEL MCDONOUGH, LLP,<br>A New York Limited Liability Partnership,<br><br>Defendant. | Case No.: 1:19-cv-01232-AJN<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**<br><br>Electronically Filed |

**IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of action, the above entitled action and all claims asserted, or which could have been asserted herein by either party, are hereby discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 2, 2020

_____
Jonathan B. Fellows, Esq.
Brendan M. Sheehan, Esq.
BOND, SCHOENECK & KING, PLLC
*Attorneys for Plaintiff APPLIED ENERGETICS, INC.*
One Lincoln Center
Syracuse, New York 13202-1355

_____
Joseph L. Francoeur
WILSON ELSER MOSKOWITZ DICKER & EDELMAN, LLP
*Attorneys for Defendant*
*STEIN RISO MANTEL MCDONOUGH, LLP*
150 East 42nd Street
New York, New York 10017-5639
File No. 12036.00137

10869702v.1

3617239.1 9/30/2020